**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

GEORGE CRAIG                                                                                      PLAINTIFF

v.                                        NO.  4:14CV00639

AKAL SECURITY, INC.;
ERIC HOLDER, in his official capacity;
and UNITED STATES MARSHALS SERVICE                                      DEFENDANTS

## ORDER OF TRANSFER

The above styled case was randomly assigned to the docket of United States District Judge J. Leon Holmes, on October 30, 2014.  Judge Holmes is recusing due to his working relationship with parties in the lawsuit.  The Court directs the Clerk to assign this action to another judge.

Dated this 31st day of October, 2014.

                                          AT THE DIRECTION OF THE COURT
                                          JAMES W. McCORMACK, CLERK

                                          BY: /s/ Cory Wilkins
                                                Courtroom Deputy to
                                                U.S. District Judge J. Leon Holmes