IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**GEORGE CRAIG**                                                                 **PLAINTIFF**

v.                                   No. 4:14-cv-639-DPM

**AKAL SECURITY, INC.;**
**ERIC HOLDER, in his official capacity;**
**and UNITED STATES MARSHALS SERVICE**
                                                                                 **DEFENDANTS**

ORDER

I recuse. As with my colleagues, my working relationships with the parties prevent me from presiding impartially in this case. The Clerk shall reassign this case at random by chip exchange.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

31 December 2014